IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| MICHAEL CRAIG LITZ,<br><br>Plaintiff<br><br>vs.<br><br>DISTRICT ATTORNEY OF ERIE COUNTY, LINDSY KENDALL, SUPERINTENDENT, SCI CAMP HILL; AND ATTORNEY GENERAL OF PENNSYLVANIA,<br><br>Defendants | 1:25-CV-00185-RAL<br><br>RICHARD A. LANZILLO<br>Chief United States Magistrate Judge<br><br>ORDER PERMITTING PAPER FILING OF RESPONDENT'S MOTION FOR EXTENTION OF TIME |

Pending before the Court is Michael Craig Litz' ("Petitioner") petition for a writ of habeas corpus. *See* ECF No. 3. Respondent's Response to the petition was due on September 18, 2025. ECF No. 8. Counsel for the Respondents, Assistant Erie County District Attorney Michael Burns has been in communication with the Court concerning technical difficulties he has been experiencing with the PACER electronic filings system. Despite his continued efforts to rectify them, these difficulties continue to prevent the filing of a response to the petition.

Accordingly, and for good cause shown, the Respondents are hereby granted leave to file a paper motion seeking a thirty-day extension of time during which counsel will rectify any technical difficulties and submit the required response. *See* Federal Rule of Civil Procedure 5(d)(3)(A) and LCvR 5.5. *See also Catherine v. Huge Ass Beers*, 2025 WL 1293449, at *12 (E.D. La. May 5, 2025).

Such leave of court applies **ONLY** to a motion for an extension of time. Counsel for the Respondents retains responsibility for serving any motion so filed upon the Petitioner.

DATED this 16th day of October, 2025.

BY THE COURT:

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE